AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

HARVEST SMALL BUSINESS
FINANCE LLC

              Plaintiff,

v.

VALBRIDGE PROPERTY ADVISORS,
INC., et al

              Defendants.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number:  2:20-CV-512 JCM (DJA)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered for Attorney Fees in favor of plaintiff against defendant in the amount of $60,939.00.

July 20, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk